IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KENNETH GRAHAM,

    Plaintiff,

v.                                      CASE NO. 1:09-cv-00245-SPM -AK

JOHN BOSTICK,

    Defendant.

_____/

**O R D E R**

This matter is before the Court upon summons being returned un-executed. (Doc. 24). Plaintiff has filed this civil rights complaint against a former Gainesville police officer and provided the address of his former employer for service. Summons has been returned to the Court with the notation that Defendant is not at that address. There are no other defendants, no agent for service of process, and consequently, no means for the Court to locate this person.

Accordingly, it is **ORDERED:**

1. Plaintiff shall take whatever actions he can to determine the location of this Defendant for service of process and advise the Court in writing on or before September 17, 2010, of these efforts and the results thereof.

2. Failure to provide an address of the only defendant named in this cause of action will result in the dismissal of this lawsuit.

DONE AND ORDERED this 27th day of August, 2010.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    Chief United States District Judge