IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KENNETH GRAHAM,

    Plaintiff,

v.                                              CASE NO. 1:09-cv-00245-SPM -GRJ

JOHN BOSTICK,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

Plaintiff brings this cause of action pursuant to 42 U.S.C. §1983 alleging that Defendant John Bostick, a former City of Gainesville police officer, used excessive force against him during an arrest. (Doc. 1). The complaint was filed on December 1, 2009, and service was attempted at the address provided by Plaintiff, the Gainesville Police Department, but was returned un-executed with the notation "not at this address." (Doc. 24). Plaintiff was directed to provide a more current address or his case would be dismissed. (Doc. 25). Plaintiff advises that he has made all possible efforts to locate the Defendant, but he has no other address other than the address of Defendant's former employer. (Doc. 30).

Even though the United States Marshals Service is tasked with service of process for inmates proceeding IFP, Plaintiff must cooperate in this process by providing addresses for the named defendants. Smith v. Belle, 321 Fed. Appx. 838, 845 (11th Cir. 2009); *citing* Laurence v. Wall, 551 F.3d 92, 94 (1st Cir. 2008). Failure to provide these addresses is grounds for dismissal under Rule 4(m), Federal Rules of Civil Procedure.

In light of the foregoing, it is respectfully **RECOMMENDED** that this cause be dismissed without prejudice for failure to serve the Defendant pursuant to Rule 4(m), Federal Rules of Civil Procedure.

At Gainesville, Florida, this 16th day of September, 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## NOTICE TO THE PARTIES

**Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**