IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KENNETH GRAHAM,

    Plaintiff,

v.                                            CASE NO. 1:09cv245-SPM/GRJ

JOHN BOSTICK,

    Defendant.

_____/

## **ORDER**

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated September 16, 2010 (doc. 32). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 32) is ADOPTED and incorporated by reference in this order.

2. This case is dismissed without prejudice for failure to serve the

Defendant pursuant to Rule 4(m), Federal Rules of Civil Procedure.

DONE AND ORDERED this 18th day of October, 2010.


*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge